UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| CALVARY CHAPEL BELFAST<br><br>Plaintiff<br><br>v.<br><br>UNIVERSITY OF MAINE SYSTEM; BOARD OF TRUSTEES, University of Maine System; RYAN LOW, individually and in his official capacity as Vice Chancellor for Finance and Administration, University of Main System; RACHEL PIPER, in her official capacity as Executive Director of Strategic Procurement and Services, University of Maine System; ROBIN CYR, in her official capacity as Senior Director of Strategic Procurement, University of Maine System; DEREK HOUTMAN, in his official capacity as Associate Strategic Sourcing Director, University of Maine System,<br><br>Defendants | Case No. 1:24-cv-00392-SDN |

**STATUS REPORT**

In accordance with the conference held by this Court on November 20, 2024, Defendants hereby report to the Court as follows:

1. The University of Maine System (the "System") has an appeals process in place that allows a disappointed bidder or proposer in the context of a procurement award equal to or greater than $50,000 to submit a protest of the procurement award to the Executive Director of Strategic Procurement & Services. *See* Piper Declaration, attached as **Exhibit A**, at ¶¶ 3-4.

2. The procurement award issued in response to RFP 2025-31 is the subject of the above-captioned action and one protest has been filed in response to that award. *See* Piper Declaration ¶ 8.

3. The protest is being handled pursuant to the System's Administrative Practice Letter VII-A (the "Purchasing Procedures") and the appeal process set forth therein. *See* Piper Declaration ¶¶ 3-10.

4. Pursuant to Section V(C)(4)(a)(ii) of the Purchasing Procedures, the award has been stayed pending completion of the System's appeal process and a final decision on the protest. *See* Piper Declaration ¶ 5, 9-11.

5. Accordingly, no steps will be taken to move toward finalizing an award until after the appeal process is complete. *See* Piper Declaration ¶ 10.


Dated: November 21, 2024          */s/ Jeana M. McCormick*
                                  Melissa A. Hewey
                                  Jeana M. McCormick
                                  *Attorneys for Defendants*

                                  **DRUMMOND WOODSUM**
                                  84 Marginal Way, Suite 600
                                  Portland, Maine 04101-2480
                                  (207) 772-1941
                                  mhewey@dwmlaw.com
                                  jmccormick@dwmlaw.com