UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
Bangor Division

| | |
|---|---|
| CALVARY CHAPEL BELFAST,<br><br>*Plaintiff*;<br>v.<br><br>UNIVERSITY OF MAINE SYSTEM, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-392-SDN<br><br>**INJUNCTIVE RELIEF SOUGHT** |

**NOTICE OF FILING**
**NOTICE OF LIS PENDENS IN WALDO COUNTY REGISTRY OF DEEDS**

NOTICE IS HEREBY GIVEN that Plaintiff, Calvary Chapel Belfast, pursuant to 14 Maine Rev. Stat. §4455, has submitted for filing a Notice of Lis Pendens in the Waldo County Registry of Deeds, located at 39A Spring Street, Belfast, Maine 04915, concerning the real property located at 80 Belmont Avenue, Belfast, Maine 04967 in the County of Waldo, Map 5, Lot 29 in Book 3100, Page 236, which is the Hutchinson Center property at issue in the above-captioned dispute. (A true and correct copy of the Notice of Lis Pendens is attached hereto as EXHIBIT A and incorporated herein.)

| | |
|---|---|
| Dated: November 21, 2024 | Respectfully submitted, |
| /s/ Stephen C. Whiting | /s/ Daniel J. Schmid |
| Stephen C. Whiting | Horatio G. Mihet* |
| (ME Bar No. 559) | Daniel J. Schmid* |
| THE WHITING LAW FIRM | Richard L. Mast* |
| 75 Pearl Street, Suite 207 | LIBERTY COUNSEL |
| Portland, ME 04101 | P.O. Box 540774 |
| (207) 780-0681 | Orlando, FL 32854 |
| steve@whitinglawfirm.com | (407) 875-1776 |
| | court@lc.org |
| | hmihet@lc.org |
| | dschmid@lc.org |
| | rmast@lc.org |
| | *Admitted *pro hac vice* |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of November, 2024, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

                                  /s/ Daniel J. Schmid
                                  Daniel J. Schmid
                                  *Attorney of Plaintiff*