UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CALVARY CHAPEL BELFAST Plaintiff v. UNIVERSITY OF MAINE SYSTEM; BOARD OF TRUSTEES, University of Maine System; RYAN LOW, individually and in his official capacity as Vice Chancellor for Finance and Administration, University of Main System; RACHEL PIPER, in her official capacity as Executive Director of Strategic Procurement and Services, University of Maine System; ROBIN CYR, in her official capacity as Senior Director of Strategic Procurement, University of Maine System; DEREK HOUTMAN, in his official capacity as Associate Strategic Sourcing Director, University of Maine System, Defendants | ))))))))))))))))))))))))))) **Case No. 1:24-cv-00392-SDN** |

**STATUS REPORT**

In accordance with the Court's Notice to Parties dated November 22, 2024, Defendants hereby report to the Court as follows:

1. On November 20, 2024, Calvary Chapel Belfast submitted a protest to the procurement award for RFP # 2025-031, to Rachel Piper, Chief Procurement Officer & Executive Director of Strategic Procurement.

2. The protest is being handled in accordance with the System's Administrative Practice Letter VII-A (the "Purchasing Procedures") and the appeals process set forth therein.

3. On December 2, 2024, Ms. Piper issued a decision denying the protest.

4. Pursuant to the Purchasing Procedures, Calvary Chapel Belfast has 10 days from the date of Ms. Piper's decision to appeal that decision to Ryan Low, the Vice Chancellor for Finance and Administration.

5. Calvary Chapel Belfast has not yet filed an appeal of the December 2, 2024 decision.


Dated: December 3, 2024                    */s/ Jeana M. McCormick*
                Melissa A. Hewey
                Jeana M. McCormick
                *Attorneys for Defendants*

                **DRUMMOND WOODSUM**
                84 Marginal Way, Suite 600
                Portland, Maine 04101-2480
                (207) 772-1941
                mhewey@dwmlaw.com
                jmccormick@dwmlaw.com