# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE
# BANGOR DIVISION

| | | |
|---|---|---|
| CALVARY CHAPEL BELFAST, | : | CIVIL ACTION |
| Plaintiff; | : | |
| | : | |
| v. | : | Case No.: 1:24-cv-392-SDN |
| | : | |
| UNIVERSITY OF MAINE SYSTEM, at al., | : | *Filed Electronically* |
| Defendants. | : | |

### PLAINTIFFS' LOCAL COUNSEL's MOTION FOR LEAVE TO NOT ATTEND THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 83.1 (c) (1), Plaintiffs local counsel respectfully moves this Honorable Court for permission to not attend the hearing on Plaintiff's motion for preliminary injunction, currently scheduled for February 13, 2025. In support of this motion, undersigned counsel states:

1. Local Rule 83.1 (c) (1) provides, in pertinent part:

    "… Local counsel's attendance at any proceeding before a judicial officer is required unless excused by the Court, which should freely grant such leave upon request…"

2. Undersigned counsel has longstanding plans to be in Hawaii from February 8 through February 18. Consequently, I cannot attend the hearing on February 13.

3. Visiting counsel does not need local counsel to participate in the February 13 hearing, and visiting counsel can conduct that hearing just fine without local counsel's assistance.

WHEREFORE, local counsel respectfully requests the Court to grant him leave to not attend the February 13 hearing in this matter.

1

                                      Respectfully submitted,

Dated: February 5, 2025                __**/s/ Stephen C. Whiting**____
                                      Stephen C. Whiting, Bar No. 559
                                      *Local Counsel for Plaintiffs*
                                      The Whiting Law Firm
                                      75 Pearl Street, Suite 207
                                      Portland, ME  04101
                                      (207) 780-0681
                                      **steve@whitinglawfirm.com**

## CERTIFICATE OF SERVICE

      Plaintiff, by and through its undersigned local counsel, hereby certifies that on this date, a true and correct copy of the foregoing document was e-filed in the Court's electronic filing system, which will cause it to be served upon all parties to this action.

      Respectfully submitted,

Dated:  February 5, 2025        __/s/ Stephen C. Whiting____
    Stephen C. Whiting, Bar No. 559
    *Local Counsel for Plaintiffs*
    The Whiting Law Firm
    75 Pearl Street, Suite 207
    Portland, ME  04101
    (207) 780-0681
    **steve@whitinglawfirm.com**