# United States Court of Appeals
## For the First Circuit

No. 25-1452

CALVARY CHAPEL BELFAST,

Plaintiff, Appellant,

v.

UNIVERSITY OF MAINE SYSTEM; BOARD OF TRUSTEES FOR THE UNIVERSITY
OF MAINE SYSTEM; RYAN LOW, individually and in the official
capacity as Vice Chancellor for Finance and Administration,
University of Maine; RACHEL PIPER, in the official capacity as
Executive Director of Strategic Procurement and Services,
University of Maine System; ROBYN CYR, in the official capacity
as Senior Director of Strategic Procurement, University of Maine
System; DEREK HOUTMAN, in the official capacity as Associate
Strategic Sourcing Director, University of Maine System,

Defendants, Appellees.

**JUDGMENT**

Entered: June 30, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Calvary Chapel Belfast's motion for preliminary injunction is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mathew D. Staver, Stephen C. Whiting, Horatio Gabriel Mihet, Daniel Joseph Schmid, Melissa A. Hewey