# United States Court of Appeals
## For the First Circuit

No. 25-1452

CALVARY CHAPEL BELFAST,

Plaintiff - Appellant,

v.

UNIVERSITY OF MAINE SYSTEM; BOARD OF TRUSTEES FOR THE UNIVERSITY OF
MAINE SYSTEM; RYAN LOW, individually and in the official capacity as Vice Chancellor
for Finance and Administration, University of Maine; RACHEL PIPER, in the official capacity
as Executive Director of Strategic Procurement and Services, University of Maine System;
ROBIN CYR, in the official capacity as Senior Director of Strategic Procurement, University of
Maine System; DEREK HOUTMAN, in the official capacity as Associate Strategic Sourcing
Director, University of Maine System,

Defendants - Appellees.

**MANDATE**

Entered: July 22, 2026

In accordance with the judgment of June 30, 2026, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Melissa A. Hewey
Horatio Gabriel Mihet
Daniel Joseph Schmid
Mathew D. Staver
Stephen C. Whiting